UNITED STATES of America,
Plaintiff–Appellee,

v.

James William BEASLEY, Jr.,
Defendant–Appellant.

No. 01–7887.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2002.

Decided Feb. 11, 2002.

James William Beasley, Jr., Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

James William Beasley, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Beasley,* Nos. CR–97–988; CA–01–3516–7–20 (D.S.C. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*